Case 1:23-cr-00341-RBW    Document 1-1

Case: 1:23-mj-00181
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/24/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Tyler Gelsleichter is a Special Agent assigned to the Joint Terrorism Task Force. In my duties as a special agent, I investigate federal violations related to national security, to include matters of international and domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### FACTS SPECIFIC TO LICHNOWSKI

On January 15, 2021, an anonymous tip submitted to the FBI from an Internet Protocol (IP) address that resolved to Long Branch, New Jersey 07740, alleged that ANNA LICHNOWSKI of Brick Township, New Jersey, participated in the Capitol Riots. I conducted a Google search and located a business listing for Anna Lichnowski, LLC, at the same address and with the same phone number provided by the tipster. **(Image 1.)**



*Image 1*

On August 10, 2021, an individual called the FBI who identified themselves by first and last name, date of birth, and who provided a call-back number. The caller alleged that LICHNOWSKI was present inside of the Capitol building on January 6, 2021. Further, the caller stated that LICHNOWSKI posted pictures on Facebook of herself inside the Capitol building. Additionally, the caller stated LICHNOWSKI had since deleted the photos on Facebook but continued to tell people she was inside the Captiol building.

I conducted a follow-up interview with the caller on January 5, 2022. The caller re-stated that LICHNOWSKI was inside of the Capitol building on January 6, 2021. The caller was in contact with one of LICHNOWSKI'S relatives, who sent the caller a screen-capture of a message the relative received from Lichnowski that stated: "And yes. I was with the group that fucking stormed the capital. And I'm proud of it." **(Image 2.)**



*Image 2*

On August 8, 2022, I interviewed a detective with the Brick Township Police Department. The detective knew LICHNOWSKI as a personal acquaintance from growing up together in Brick Township, New Jersey. I showed the detective three still images from video footage inside the Capitol building, including one image from CCTV footage. **(Images 3, 4, 5.)** The detective positively identified the female in each photograph as LICHNOWSKI.



*Image 3*


*Image 4*


*Image 5*

I reviewed CCTV footage from inside the Capitol building showing LICHNOWSKI enter, travel through, and exit the building. At approximately 2:47 PM on January 6, 2021, LICHNOWSKI entered the Capitol building through the Senate Wing Door, located on the western

side of the building, which had been broken open by other rioters at 2:13 p.m. Once inside, LICHNOWSKI appeared to take a photograph with what appeared to be a cellular telephone. LICHNOWSKI stood in the room for a period of time until walking further into the Capitol building. **(Images 6, 7, 8.)** LICHNOWSKI wore a red winter hat with a patch on the front, a red, white and blue scarf, a dark jacket, blue jeans, and boots.


*Image 6*


*Image 7*



*Image 8*

Additional CCTV footage from inside the Capitol building showed LICHNOWSKI inside the Crypt at approximately 2:49 PM. **(Images 9, 10.)**



*Image 9*



*Image 10*

Further camera footage provided a close-up view of LICHNOWSKI inside what appeared to be the Crypt. **(Image 3, above.)** Footage taken from a CCTV camera inside the Capitol building showed LICHNOWSKI departing the building at approximately 3:21 PM. **(Image 11.)**



*Image 11*

I obtained records from the State Plaza Hotel, 2117 E St. NW, Washington, DC 20037 showing a hotel stay booked by LICHNOWSKI through Booking.com for January 5, 2021, with a departure of January 6, 2021. Similary, an agreement between LICHNOWSKI and the hotel was signed by LICHNOWSKI and dated January 5, 2021. Records obtained from Capitol One bank showed a Visa Signature Account in LICHNOWSKI's name with a transaction of $297.31 on January 5, 2021, from the State Plaza Hotel, Washington DC.

Based on the foregoing, your affiant submits that there is probable cause to believe that ANNA LICHNOWSKI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that ANNA LICHNOWSKI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Tyler Gelsleichter
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of July 2023.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE