UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-181 |
| v. | |
| **ANNA LICHNOWSKI,** | |
|                      **Defendant.** | |

## **ORDER**

The Court has reviewed the motion for admission of attorney Augustus Invictus pro hac vice (Dkt. No. 9). Upon consideration of that motion, the Court grants attorney Augustus Invictus pro hac vice admission to this Court.

**SO ORDERED.**

Washington, D.C.
August 8, 2023

HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge