UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:23-cr-00341 |
| ) | |
| ANNA LICHNOWSKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ENTRY OF APPEARANCE

To: The Clerk of Court and all Parties of record:

Please enter the appearance of Augustus Invictus as counsel for the defendant in the above-captioned matter.

Dated this 19th day of October 2023.            Respectfully submitted,

                                                _/s/ Augustus Invictus_____
                                                Augustus Invictus, Esq.
                                                The Invictus Law Firm, P.A.
                                                424 E. Central Blvd. #731
                                                Orlando, Florida 32789
                                                Tel.: 407.900.2848
                                                Email: InvictusPA@protonmail.com
                                                Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Entry of Appearance was electronically filed on August 8, 2023, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric Boylan
DOJ-USAO
US Attorney's Office, D.C.
601 D Street NW
Washington DC, DC 20001
eric.boylan@usdoj.gov

                                                _/s/ Augustus Invictus_____
                                                Augustus Invictus, Esq.