IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00341-RBW-1 |
| | : | |
| ANNA LICHNOWSKI | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO RESET STATUS CONFERENCE

The defendant, Anna Lichnowski, by her attorney, moves the Court to reschedule the status conference now set for December 19, 2023. In support of this request, the defendant states:

1. The defendant is currently charged in a four-count Information with charges arising on January 6, 2023, of entering and remaining in the United States Capitol building and grounds in violation of 18 U.S.C. §1752(a)(1); disorderly and disruptive conduct in the United States Capitol building and grounds in violation of 18 U.S.C. §1752(a)(2); disorderly conduct in the United States Capitol building in violation of 40 U.S.C. §5104(e)(2)(D); and parading, demonstrating or picketing in the United States Capitol building in violation of 40 U.S.C. §5104(e)(2)(G). The charges were filed on September 28, 2023. A status hearing is scheduled for December 19, 2023.

2. The Government has provided discovery. The amount to time and effort to review and study videos, photographs, and documents provided in discovery is extensive. The defendant requests additional time to examine those materials before the next status date. Therefore, she seeks to move the next status hearing for that reason.

3. Defense counsel has spoken with the Assigned U.S. Attorney, Eric Boylan, who has no objection to the defendant's request provided that the time between December 19, 2023, and

1

the date of the next scheduled status conference is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

4. Defendant waives her rights to speedy trial for the length of time until the next status date.

5. Both defense counsel and the Government agree that the next status date can be set on an agreeable date for the parties and the Court in the month of February 2024.

**WHEREFORE**, the defendant requests that the Court continue the currently scheduled status conference to a date in February 2024.

Respectfully submitted,
**ROBERTS AND WOOD**

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion to Reset Status Conference was electronically filed on December 4, 2023, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric. W. Boylan
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Eric.Boylan@usdoj.gov

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III