UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )     Criminal Action No. 23-341 (RBW)<br>)<br>ANNA LICHNOWSKI,                          )<br>)<br>Defendant.              )<br>)  | **FILED**<br>DEC 5 2023<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### ORDER

Upon consideration of the Defendant's Motion to Reset Status Conference, ECF No. 26, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion to Reset Status Conference, ECF No. 26, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for December 19, 2023, is **CONTINUED** to February 27, 2024, at 11:00 a.m. The parties shall appear before the Court for the status hearing, via videoconference. It is further

**ORDERED** that, on or before December 19, 2023, the defendant shall file a signed waiver on the docket indicating that she consents to waiving her Speedy Trial Act rights for the time between December 19, 2023, and February 27, 2024.

**SO ORDERED** this 5th day of December, 2023.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Judge