IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 1:23-cr-00341-RBW-1 |
| | : |
| ANNA LICHNOWSKI | : |
| | : |
| Defendant. | : |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

The defendant, Anna Lichnowski, by her undersigned attorney, waives her rights under the Speedy Trial Act with respect to the period from December 19, 2023, to February 27, 2024. This was done in order to facilitate the defendant's request for a postponement of the status conference on December 19, 2023, and resetting it to February 27, 2024.

Anna Lichnowski

/s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on January 9, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric. W. Boylan
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053

Eric.Boylan@usdoj.gov

    /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III