IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 1:23-cr-00341-RBW-1 |
| : | |
| ANNA LICHNOWSKI : | |
| : | |
| Defendant. : | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING MOTIONS**

The defendant, Anna Lichnowski, by her attorney, moves the Court to extend deadlines for filing motions by consent.

In support of this request, the defendant states:

1. The due date for the defendant to file motions is May 17, 2024.

2. Undersigned defense counsel is scheduled to commence another trial in this Court, United States of America v. Justin Lee, Case No. 23-cr-368 (TNM), on May 20, 2024. Counsel's preparation for that trial will interfere with his ability to adequately prepare and file motions by the deadline in the instant case, and therefore the defendant requires an extension of the motion deadline.

3. At undersigned counsel's request, government counsel has graciously consented to an extension of the deadline to file motions. All counsel have conferred and agreed to an extension until May 25, 2024, for the defendant to file motions. In addition, it is agreed that the government will file its response to the motions by June 10, 2024, and that the defendant to file her response to the government's response on or before June 14, 2024. This means that all motions and responses will be filed well before the pretrial conference on June 18, 2014.

**WHEREFORE**, the defendant moves the Court for the relief requested.

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
TRoberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion to Extend Motions Deadline was electronically filed on May 10, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric. W. Boylan
Jake E. Strubing
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Eric.Boylan@usdoj.gov

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III