UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-341 (RBW) |
| | : | |
| ANNA LICHNOWSKI, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO EXTEND DEADLINES FOR FILING MOTIONS**

The United States hereby respectfully responds to the defendant's motion to extend the time for filing motions, Doc. 36. As the defendant notes, the government consented to defendant's proposal—however, the government understood the requested relief to apply to both parties and not only the defendant's deadlines. Thus, provided that the time to file motions is extended for the government as well as the defendant, the government consents to extending those deadlines.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Eric Boylan*
Eric Boylan
Assistant U.S. Attorney
Texas Bar No. 24105519
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-7215
Email: Eric.Boylan@usdoj.gov

Jake E. Struebing
Assistant U.S. Attorney
D.C. Bar No. 1673292

U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-6931
Email: Jake.Struebing@usdoj.gov