**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00341-RBW-1 |
| | : | |
| ANNA LICHNOWSKI | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION IN LIMINE – ELECTION BOARD LAWSUIT**

Anna Lichnowski, defendant, by her undersigned counsel, moves *in limine* to exclude evidence of filing a lawsuit against her local election board in New Jersey nine months after January 6.

This motion is made upon the following grounds:

1.      Approximately nine months after January 6, 2021, the defendant filed a lawsuit against the Ocean County Election Board in her home State of New Jersey.

2.      The purpose of the suit was to obtain records of surveillance footage of all county mail-in-ballot drop boxes used in the 2020 primary, and general elections and the 2021 general election.

3.      That suit was eventually dismissed for want of prosecution in July 2022.  But by that point, the defendant had reached the point where she thought she had obtained all the records which it was possible for her to obtain and decided not to pursue the suit.

4.      The lawsuit and the defendant's purpose to obtain election records is not relevant to any issue in this case.

WHEREFORE, the defendant moves for an Order in Limine to exclude the lawsuit or mention of it in the defendant's trial.

1

725e9430b7b6ff82

    /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301 699-8706 Fax
TRoberts@robertsandwood.com

/s Augustus Invictus
Augustus Invictus, Esq.
424 E Central Blvd. # 731
Orlando, FL 32801-1923
Phone: (407) 625-5636
invictuspa@protonmail.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion in Limine re Election Board Lawsuit was electronically filed on May 28, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric. W. Boylan
Jake E. Struebing
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Eric.Boylan@usdoj.gov
Jake.Struebing@usdoj.gov

    /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III

2