UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-341 (RBW) |
| : | |
| ANNA LICHNOWSKI, : | |
| : | |
| Defendant. : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION *IN LIMINE*
REGARDING ELECTION BOARD LAWSUIT**

The United States hereby respectfully responds to the defendant's motion in limine regarding her election board lawsuit, Doc. 43.

Based on its current understanding, the government does not intend to introduce at trial any facts related to the defendant's 2021 lawsuit against the Ocean County, New Jersey Election Board. Should the government discover additional facts about the lawsuit that it considers relevant to this case or that may be used for impeachment purposes, it will raise those with the Court at the appropriate time.

The Court therefore should deny the defendant's motion as moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Eric Boylan*
Eric Boylan
Assistant U.S. Attorney
Texas Bar No. 24105519
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-7215
Email: Eric.Boylan@usdoj.gov

        Jake E. Struebing
        Assistant U.S. Attorney
        D.C. Bar No. 1673292
        U.S. Attorney's Office for the
        District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-6931
        Email: Jake.Struebing@usdoj.gov