**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 1:23-cr-00341-RBW-1 |
| | : |
| ANNA LICHNOWSKI | : |
| | : |
| Defendant. | : |

**MOTION TO CONVERT JURY TRIAL TO COURT TRIAL**

The defendant, Anna Lichnowski, by her attorney, moves the Court to convert the case from a jury trial to a Court trial.

In support of this request, the defendant states:

1. The defendant has signed a waiver of right to a jury trial and filed the same.

**WHEREFORE**, the defendant moves the Court for an order converting the case from a jury trial to a bench trial.

    /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
TRoberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing was electronically filed on June 24, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric. W. Boylan, Esq.
Jake E. Strubing, Esq.
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Eric.Boylan@usdoj.gov

        /s/ *Terrell N. Roberts, III*
        Terrell N. Roberts, III