UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-341 (RBW) |
| | : | |
| ANNA LICHNOWSKI, | : | |
| | : | |
| Defendant. | : | |

**STIPULATIONS OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Anna Lichnowski, with the concurrence of her attorneys, agree and stipulate to the following:

**Stipulation No. 1: The United States Capitol Building & Grounds**

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point.  The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol.  On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

1

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. See Map Outlining Restricted Area on January 6, 2021, **Government Exhibit 302** ("Restricted Perimeter Map").  These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street.

**Stipulation No. 2: The Certification of the Electoral College Vote**

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery. The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

**Stipulation No. 3: United States Capitol Police Closed Circuit Video Monitoring**

The United States Capitol Police operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021; the timestamps on the recordings are accurate; and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

## **Stipulation No. 4: Ms. Lichnowski's Facebook Account**

During its investigation, the FBI determined that Defendant Anna Lichnowski had a Facebook account before, on, and after January 6, 2021 with Account Identifier 24703855. The business records received pursuant to a lawful search warrant from Facebook and exchanged in discovery are authentic and accurate copies of the records kept in the course of regularly conducted business that meet the requirements of Federal Rules of Evidence 902(11) and 803(6). Exhibits offered by either party from the records received pursuant to a lawful search warrant from Facebook and exchanged in discovery are accurate and authentic copies of data from the Facebook account used by Defendant.

The Defendant hereby reserves her right to bring all other objections to the admissibility of said Facebook exhibits, including that they are evidence of the defendant's political views and opinions and are not relevant, protected by the First Amendment, and their probative value is substantially outweighed by a danger of unfair prejudice.

**Stipulation No. 5: Identity of the Defendant**

On January 6, 2021, Defendant Anna Lichnowski was wearing a red winter hat with a patch on the front, a red, white, and blue scarf, a dark jacket, blue jeans, and boots. The photographs below are fair and accurate depictions of Anna Lichnowski on January 6, 2021.





**Stipulation No. 6: Defense Exhibits 1 through 4**

The parties hereby stipulate that Defense Exhibits 1 through 4 are authentic in that they are what they purport to be. The government hereby reserves its right to bring all potential objections to those exhibits on any other grounds.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| ANNA LICHNOWSKI<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ Terrell N. Roberts, III<br>Terrell N. Roberts, III<br>Roberts & Wood<br>6801 Kenilworth Ave., Suite 202<br>Riverdale, Maryland<br>Phone: (301) 699-0764<br>TRoberts@robertsandwood.com | /s/ Eric Boylan<br>Eric Boylan<br>Assistant U.S. Attorney<br>Texas Bar No. 24105519<br>U.S. Attorney's Office for the<br>District of Columbia<br>601 D Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 252-7215<br>Email: Eric.Boylan@usdoj.gov |
| Augustus Invictus, Esq.<br>The Invictus Law Firm, P.A.<br>424 E Central Blvd. # 731<br>Orlando, FL 32801-1923<br>Phone: (407) 625-5636<br>invictuspa@protonmail.com | Jake E. Struebing<br>Assistant U.S. Attorney<br>D.C. Bar No. 1673292<br>U.S. Attorney's Office for the<br>District of Columbia<br>601 D Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 252-6931<br>Email: Jake.Struebing@usdoj.gov |