**UNITED STATES OF AMERICA**

**VS.**

**ANNA LICHNOWSKI**

| Government | x |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

Criminal No. **23-CR-341 (RBW)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **100 Series – Video Evidence** |
| 101 | CCTV Footage of the Upper Terrace Northeast 2:40PM – 2:42PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 101A.1 | CCTV Footage of the Upper Terrace Northeast 2:40PM – 2:42PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 102 | CCTV Footage of the Upper Terrace Northwest 2:43PM – 2:45PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 102A.1 | CCTV Footage of the Upper Terrace Northwest 2:43PM – 2:45PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 103 | CCTV Footage of the Upper West Terrace 2:45PM – 2:47PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 103A.1 | CCTV Footage of the Upper West Terrace 2:45PM – 2:47PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 104 | CCTV Footage of the Senate Wing Doors 2:53PM – 3:02PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 104A.1 | CCTV Footage of the Senate Wing Doors 2:53PM – 3:02PM (annotated to show defendant in yellow circle) | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 104A.2 | CCTV Footage of the Senate Wing Doors 2:53PM – 3:02PM (annotated to show defendant in yellow circle and synced with Baked Alaska open-source video) | | | | |
| 104A.3 | CCTV Footage of the Senate Wing Doors 2:53PM – 3:02PM (annotated to show defendant in yellow circle and synced with @Nigrotime open-source video) | 7/10/2024 | | Anna Lichnowski | |
| 105 | CCTV Footage of Crypt North 3:01:00PM – 3:03:20PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 105A.1 | CCTV Footage of Crypt North 3:01:00PM – 3:03:20PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 106 | CCTV Footage of Crypt South 3:01PM – 3:33PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 106A.1 | CCTV Footage of Crypt South 3:18PM – 3:33PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 106A.2 | CCTV Footage of Crypt South 3:01PM – 3:33PM (annotated to show defendant in yellow circle and sped up) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 107 | CCTV Footage of Memorial Door 3:32PM – 3:33PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 107A.1 | CCTV Footage of Memorial Door 3:32PM – 3:33PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 108 | CCTV Footage of Memorial Door Interior 3:32PM – 3:34PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 108A.1 | CCTV Footage of Memorial Door Interior 3:32PM – 3:34PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 109 | CCTV Footage of Memorial Door Exterior 3:32PM – 3:34PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 109A.1 | CCTV Footage of Memorial Door Exterior 3:32PM – 3:34PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Shawn Walton | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 110 | CCTV Footage from Southeast Roof 3:32PM – 4:17PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 110A.1 | CCTV Footage from Southeast Roof 3:32PM – 4:17PM (annotated to show defendant in yellow circle and sped up) | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 111 | CCTV Footage of East Front of Capitol 4:17PM – 4:20PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 111A.1 | CCTV Footage of East Front of Capitol 4:17PM – 4:20PM (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 112 | Open-Source Video IMG_0670.MOV (Defendant on Upper West Terrace at 2:18 elapsed) | 7/9/2024 | 7/10/2024 | Annna Lichnowski | |
| 113 | Open-Source Video Lichnowski on Upper West Terrace at 1:34 elapsed | | | | |
| 114 | Open-Source Video C0077.mp4 (Defendant on Upper West Terrace at 1:54 elapsed) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 114A.1 | Open-Source Video C0077.mp4 (annotated to show defendant in yellow circle) | | | | |
| 115 | Open-Source Video @Nigrotime2021 Capitol Riots Footage | | | | |
| 115A.1 | Open-Source Video @Nigrotime2021 Capitol Riots Footage (annotated to show defendant in yellow circle) | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 116 | Open-Source Video Baked Alaska | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 117 | Open-Source Video VID_254651103_010720_968.mp4 | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 118 | Open-Source Video 0176-NK-3537275_0000015_1A0000011_0000001.mp4 (Defendant in Crypt at 0:40 elapsed) | | | | |
| 118A.1 | Open-Source Video 0176-NK-3537275_0000015_1A0000011_0000001.mp4 (annotated to show defendant in yellow circle) | | | | |
| 119 | Open-Source Video IMG_0576.MOV (Defendant in Crypt at 0:06 elapsed) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 119A.1 | Open-Source Video IMG_0576.MOV (annotated to show defendant in yellow circle) | 7/9/2024 | 7/9/2024 | Tyrone Adonis | |
| 120 | Open-Source Video SWD6.mp4 (Defendant in Crypt at 2:49 elapsed) | | | | |
| 121 | Open-Source Video VID-20210116-WA0110.mp4 | | | | |
| 122 | Lichnowski Open-Source Video 1.mp4 (Defendant exiting Memorial Door at 0:15 elapsed) | | | | |
| 123 | Trump Speech Montage | 7/9/2024 | 7/9/2024 | Tyrone Adonis | |
| 124 | Additional CCTV Footage from Senate Wing Doors 2:47PM – 3:02PM | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 125 | Additional CCTV Footage from Senate Wing Doors | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 125A.1 | Screenshot of Ofc. Tyrone Adonis | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 126 | CCTV Footage from Northeast Roof 2:39PM – 2:48PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 127 | CCTV Footage from East Front (Elevator Tower) 1:57PM – 2:05PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 128 | CCTV Footage from East Front (Dome) 1:41PM – 1:45PM | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| **200 Series – Cellphone and Social Media Evidence** | | | | | |
| 200 | Facebook Certification of Business Records | | | | |
| 201 | Facebook Warrant Return (Excerpted into Exhibits 202 through 211 and redacted for personal identifying information and non-relevant material) | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 202 | November 9, 2020 Facebook Excerpt | | | | |
| 202A | November 9, 2020 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 203 | November 10, 2020 Facebook Excerpt | | | | |
| 203A | November 10, 2020 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 204 | December 11, 2020 Facebook Excerpt | | | | |
| 204A | December 11, 2020 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 205 | December 31, 2020 Facebook Excerpt | | | | |
| 205A | December 31, 2020 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 206 | January 3, 2021 Facebook Excerpt | | | | |
| 206A | January 3, 2021 Facebook Excerpt *Redacted* | | | | |
| 207 | January 6, 2021 Facebook Excerpt | | | | |
| 207A | January 6, 2021 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 208 | January 6, 2021 Facebook Photograph | | | | |
| 208A | January 6, 2021 Facebook Photograph *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 209 | January 7, 2021 Facebook Excerpt | | | | |
| 209A | January 7, 2021 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 210 | January 13, 2021 Facebook Excerpt | | | | |
| 210A | January 13, 2021 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| 211 | January 16, 2021 Facebook Excerpt | | | | |
| 211A | January 16, 2021 Facebook Excerpt *Redacted* | 7/9/2024 | 7/9/2024 | Tyler Gelsleichter | |
| | **300 Series – U.S. Capitol Police Evidence** | | | | |
| 301 | Overview of U.S. Capitol Building and Grounds | | | | |
| 302 | Map of Restricted Perimeter | 7/8/2024 | 7/8/2024 | Lanelle Hawa | |
| 303 | Photograph of U.S. Capitol Police "Area Closed" Sign | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304 | Photograph of "Area Closed" sign on Bike Rack Barricade | | | | |
| 305 | Photograph of U.S. Capitol with "Area Closed" Signs and Snow Fencing | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 306 | Map of U.S. Capitol Building First Floor | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 307 | U.S. Capitol Police Video Compilation with Radio Runs | | | | |
| 308 | Peace Circle Barricade Photograph | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 309 | Peace Circle "Area Closed" Sign | | | | |
| 310 | "Area Closed" Sign on Snow Fencing | 7/9/2024 | 7/9/2024 | Shawn Walton | |
| 311 | "Area Closed" Sign on Bike Rack | 7/8/2024 | 7/8/2024 | Jared Pias | |
| 312 | USCP Special Event Assessment | | | | |
| 313 | USCP CDU Operational Plan | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **400 Series – U.S. Secret Service Evidence** | | | | |
| 401 | 2021.01.05 Email from L. Hawa re: HOS Notification – Visit of Vice President Michael Pence, Mrs. Pence and Charlotte Pence to the U.S. Capitol on Wednesday, January 6, 2021 (REDACTED) | 7/8/2024 | 7/8/2024 | Lanelle Hawa | |
| 402 | Attachment to 2021.01.05 Email from L. Hawa (REDACTED) | 7/8/2024 | 7/8/2024 | Lanelle Hawa | |
| 403 | CCTV Video of Vice President's Motorcade | | | | |
| 404 | U.S. Secret Service Compilation Video with Radio Runs | 7/8/2024 | | Lanelle Hawa | |
| 405 | CCTV Video of the Vice President's Evacuation | 7/8/2024 | 7/8/2024 | Lanelle Hawa | |
| | **500 Series – Other Evidence** | | | | |
| 501 | Congressional Record Video Compilation | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502 | Senate Recording Studio Certificate of Authenticity | | | | |
| 503 | House Recording Studio Certificate of Authenticity | | | | |
| 504 | Cellphone Message | | | | |
| 505A | 1946 U.S. Capitol Map | | | | |
| 505B | Library of Congress Record of 1946 U.S. Capitol Map | | | | |
| 506 | Fed. R. Evid. 902 Notice | | | | |
| 507 | Stipulations of the Parties | | | | |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

JAKE E. STRUEBING
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
D.C. Bar No. 1673297
(202) 252-6931
Jake.Struebing@usdoj.gov

ERIC BOYLAN
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7215
Eric.Boylan@usdoj.gov