|            |   |
|------------|---|
| Government |   |
| Plaintiff  |   |
| Defendant  | X |
| Joint      |   |
| Court      |   |

**UNITED STATES OF AMERICA**
**VS.**
**ANNA LICHNOWSKI**

Criminal No.   <u>23-CR-341 (RBW)</u>

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 | USCP Board Order 20.14 re Closure for Inauguration construction |  |  |  |  |
| 2 | CUSCP Press Release (inaugural const.) |  |  |  |  |
| 3 | Capitol Police Protest Permits January 6 common law release | 7/9/2024 |  |  |  |
| 4 | Defendant Lichnowski's T-Mobile Cellphone Records Excerpt | 7/9/2024 | 7/9/2024 | Anna Lichnowski |  |
| 5 | Grounds Footage Camera 903 (39) |  |  |  |  |
| 6 | Grounds Footage Camera 908 (74) |  |  |  |  |
| 7 | Grounds Footage Camera 908 (39) |  |  |  |  |
| 8 | Grounds Footage Camera 944 (85) |  |  |  |  |
| 9 | Grounds Footage Camera 944 (96) |  |  |  |  |
| 10 | Grounds Footage Camera 945 (39) |  |  |  |  |
| 11 | Grounds Footage Camera 946 (39) |  |  |  |  |
| 12 | Grounds Footage Camera 946 (48) |  |  |  |  |
| 13 | Grounds Footage Camera 514 (42) |  |  |  |  |
| 14 | East Plaza Footage Camera 932 (55) |  |  |  |  |
| 15 | East Plaza Footage Camera 933 (66) |  |  |  |  |