IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Case No.: 1:23-cr-00341-RBW-1 |
| | : |
| ANNA LICHNOWSKI | : |
| | : |
| Defendant. | : |

**MOTION TO CONTINUE SENTENCING**

The defendant, Anna Lichnowski, by her attorney, moves the Court to continue sentencing in order to permit the defendant to seek a Presidential pardon.

In support of this request, the defendant states:

1.  The defendant is scheduled to be sentenced on November 8, 2024, for misdemeanor offenses relating to her entry into the United States Capitol on January 6, 2021.

2.  On November 5, 2024, the Presidential election in the United States was conducted. The winner of the election is Donald J. Trump.

3.  President Elect Trump has pledged that he will consider pardons for many of the January 6th defendants.

4.  The defendant's offenses do not involve violence, and she does not have a criminal record. Therefore, she is a good candidate for a pardon.

5.  It would save both judicial and government resources if sentencing is continued until after the inauguration of the President to allow the defendant to seek a Presidential pardon. A continuance of sentence will also serve the interests of justice and avoid punishment for offenses which are likely to be pardoned under the new President.

**WHEREFORE**, the defendant moves the Court to grant the defendant's request for a continuance of the sentencing.

      /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
TRoberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on November 7, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Jake E. Strubing, Esq.
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Eric.Boylan@usdoj.gov

      /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III

2