**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 23-cr-341 (RBW)** |
| : | |
| **ANNA LICHNOWSKI,** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Government respectfully submits this opposition to the defendant's motion to continue sentencing set for November 8, 2024. On July 10, 2024, after a three-day bench trial, the Court found the defendant guilty of violating 18 U.S.C. § 1752(a)(1) (entering or remaining in a restricted building or grounds), 18 U.S.C. § 1752(a)(2) (disorderly or disruptive conduct in a restricted building or grounds), 40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct on the grounds of or in any U.S. Capitol building), and 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in the U.S. Capitol building).

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency).

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Jake E. Struebing*
Jake E. Struebing
Assistant U.S. Attorney
D.C. Bar No. 1673292
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-6931
Email: Jake.Struebing@usdoj.gov