# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-341 (RBW) |
| ) | |
| ANNA LICHNOWSKI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 7, 2024, the defendant requested that the Court continue her sentencing, currently scheduled for November 8, 2024, see Motion to Continue Sentencing ("Def.'s Mot.") at 1, ECF No. 71, which the government opposes, see United States' Response in Opposition to Defendant's Motion to Continue Sentencing at 1, ECF No. 72.  Specifically, the defendant seeks a continuance "until after the inauguration of the President" "in order to permit the defendant to seek a Presidential pardon" following the Presidential election conducted on November 5, 2024.  See Def.'s Mot. at 1.

However, the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch.  Therefore, the Court concludes—consistent with the position taken by other members of this Court, see, e.g., Minute Order (Nov. 6, 2024), United States v. Carnell, et al., No. 23-cr-139 (BAH); Minute Order (Nov. 7, 2024), United States v. Bosch, No. 24-cr-210 (DLF)—that the defendant's motion must be denied.  Accordingly, it is hereby

**ORDERED** that the defendant's Motion to Continue Sentencing, ECF No. 71, is **DENIED**.

**SO ORDERED** this 7th day of November, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge