IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Case No.: 1:23-cr-00341-RBW-1 |
| | : |
| ANNA LICHNOWSKI | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Anna Lichnowski, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of conviction entered in this case on November 8, 2024.

Dated: November 21, 2024

                                                          /s/ *Terrell N. Roberts, III*
                                                         Terrell N. Roberts, III
                                                         Bar ID No. 965061
                                                         *Attorney for Defendant*
                                                         6801 Kenilworth Avenue, Suite 202
                                                         Riverdale, Maryland 20737
                                                         (301) 699-0764
                                                         (301) 699-8706 Fax
                                                         TRoberts@robertsandwood.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was electronically filed on November 21, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

AUSA Eric. W. Boylan
AUSA Jake E. Strubing
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053

                                                          /s/ *Terrell N. Roberts, III*
                                                         Terrell N. Roberts, III